# NO. 12-19-00007-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SANDRA STONE, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF JAMES E. STONE,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT AT LAW* |
| *V.* | | |
| *CHARLINE LANGFORD,*<br>*APPELLEE* | § | *NACOGDOCHES COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Sandra Stone, as Independent Executrix of the Estate of James E. Stone, Appellant, and Charline Langford, Appellee, filed a joint motion to dismiss this appeal. The motion states that the parties compromised and settled their differences. No decision has been delivered in this appeal. Accordingly, the joint motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). In accordance with the parties' agreement, costs are taxed against the party incurring same.

Opinion delivered July 10, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 10, 2019**

**NO. 12-19-00007-CV**

**SANDRA STONE, AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF JAMES E. STONE,**
Appellant
V.
**CHARLINE LANGFORD,**
Appellee

Appeal from the County Court at Law

of Nacogdoches County, Texas (Tr.Ct.No. CV1513613)

THIS CAUSE came on to be heard on the joint motion to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the joint motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*